IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JA'MEZ JAHMEZ-JAMES-ANTONIO REID, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 116-017 |
| MR. BARACK HUSSEIN OBAMA, Esq. POTUS #44 as result Commander-in-Chief; DR. ROBERT CRONYN, DDS, Dentist/ Dental Surgeon; and UNITED STATES OF AMERICA on behalf of Defendants Mr. Barack Hussein Obama and Dr. Robert Cronyn, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** without prejudice the case for failure to timely effect service. The Court

directs the Clerk to **TERMINATE** all pending motion and **CLOSE** this civil action.

SO ORDERED this 26th day of September, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA